IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH CHRISTIAN HERRING,

    Plaintiff,

v.                                  CASE NO.  4:07cv387-RH/WCS

STATE OF FLORIDA,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's first and second reports and recommendations (documents 17 and 21).  No objections have been filed, but plaintiff did file a motion for reconsideration (document 23).  I have reviewed *de novo* the issues raised by the motion for reconsideration, exactly as would have been appropriate had the plaintiff raised these issues by objections to the reports and recommendations.  Upon consideration,

    IT IS ORDERED:

    The second report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The complaint is

DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on June 17, 2008.

                                                  <u>s/Robert L. Hinkle</u>
                                                  Chief United States District Judge